UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-683 DWF/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM M. SLATER,

Defendant.

**SATISFACTION OF JUDGMENT AND RELEASE OF ABSTRACT OF JUDGMENT**

The judgment in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the judgment of record,

AND, the Recorder for the County of Todd, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Todd County, as Document No. 394905, in the amount of $7,251.38 plus interest.

Dated: February 1, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff